IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARIA GONZALEZ, ELIAS GONZALEZ, ADLY GONZALEZ, | § § § | |
| *Plaintiffs,* | § § | SA-23-CV-00455-ESC |
| vs. | § § | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | § § § § | |
| *Defendant.* | § § | |

## CASE CLOSING ORDER

Before the Court in the above-styled cause of action is the parties' Stipulation of Dismissal With Prejudice [#23], by which Plaintiffs and Defendant stipulate to the dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this case is **CLOSED**.

SIGNED this 28th day of December, 2023.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE